McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  916-554-2763

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MJ. NO. S-05-066-KJM |
| | ) | |
| Plaintiff, | ) | MOTION AND ORDER |
| | ) | DISMISSING COMPLAINT |
| v. | ) | |
| | ) | |
| RUBEN CURIEL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, by and through its undersigned attorney, Mary L. Grad, Assistant United States Attorney, respectfully requests that this Court dismiss without prejudice the above-captioned complaint, filed March 10, 2005 defendant RUBEN CURIEL.

This motion is made pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 13, 2007                        McGREGOR W. SCOTT
                                             United States Attorney


                                             By /s/ Mary L. Grad
                                             MARY L. GRAD
                                             Assistant U.S. Attorney

1

O R D E R

It is ordered that the above-captioned Complaint in Mag-S-06-066 KJM be and is hereby dismissed without prejudice against RUBEN CURIEL.

DATED:  March 21, 2007.

_____
U.S. MAGISTRATE JUDGE